UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN M. GAMORAN, derivatively on behalf of the nominal defendant with respect to its series mutual fund, the Neuberger Berman International Fund,

                    Plaintiff,

- against -

NEUBERGER BERMAN MANAGEMENT LLC, et al.,

                    Defendants,

- and -

NEUBERGER BERMAN EQUITY FUNDS d/b/a/ NEUBERGER BERMAN INTERNATIONAL FUND,

                    Nominal Defendant.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/12

11 Civ. 07957 (TPG) (KNF)

ECF Case

**ORDER FOR ADMISSION**
**PRO HAC VICE**

      The motion of Theodore L. Kornobis, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the Bar of the State of New York and the Bar of the District of Columbia; and that his contact information is as follows:

      THEODORE L. KORNOBIS
      K&L Gates LLP
      1601 K Street, NW
      Washington, DC  20006-1600
      Telephone:    1.202.778.9180
      Facsimile:     1.202.778.9100
      E-mail:        ted.kornobis@klgates.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants John Cannon, Faith Colish, C. Anne Harvey, Robert A. Kavesh, Howard A. Mileaf, Edward I. O'Brien, William E. Rulon, Cornelius T. Ryan, Tom D. Seip, Candace L.

Straight, Peter P. Trapp, and nominal defendant Neuberger Berman Equity Funds d/b/a Neuberger Berman International Fund in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php

Dated: New York, New York
~~February __, 2012~~
March 9, 2012

_____
United States District/Magistrate Judge