UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN M. GAMORAN, derivatively on behalf of the nominal defendant with respect to its series mutual fund, the Neuberger Berman International Fund,<br><br>Plaintiff,<br><br>-against-<br><br>NEUBERGER BERMAN MANAGEMENT LLC, *et al.*,<br><br>Defendants,<br><br>-and-<br><br>NEUBERGER BERMAN EQUITY FUNDS d/b/a NEUBERGER BERMAN INTERNATIONAL FUND,<br><br>Nominal Defendant. | 11 Civ. 7957 (TPG) (KNF)<br><br>ECF Case<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT**<br><br>**Oral Argument Requested** |

PLEASE TAKE NOTICE that, upon the Amended Verified Derivative Complaint, dated July 13, 2012 (a copy of which is annexed hereto as Exhibit A); the accompanying Declaration of Douglas W. Henkin, dated August 24, 2012, and the exhibits thereto; the Memorandum of Law in Support of the Investment Adviser Defendants' Motion to Dismiss the Amended Complaint, and upon all prior proceedings had herein, Defendants Neuberger Berman Management LLC, Neuberger Berman LLC, Benjamin Segal, Peter E. Sundman, and Jack L. Rivkin, by their undersigned attorneys, will move this Court, at a time and place to be determined by the Court, for an order dismissing the Amended Verified Derivative Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6),with prejudice, and for such further and other relief as the Court may deem just and proper.

Dated: New York, New York
      August 24, 2012

Respectfully submitted,

MILBANK, TWEED, HADLEY & McCLOY LLP

By: __/s/ Douglas W. Henkin____

   James N. Benedict
   jbenedict@milbank.com
   Douglas W. Henkin
   dhenkin@milbank.com
   Alan Stone
   astone@milbank.com
   Mia C. Korot
   mkorot@milbank.com
One Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

*Attorneys for Defendants Neuberger Berman Management LLC, Neuberger Berman, LLC, Benjamin Segal, Peter E. Sundman, and Jack L. Rivkin.*