Joanna A. Diakos (JD 7269)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (tel)
(212) 536-3901 (fax)
E-mail: joanna.diakos@klgates.com

*Attorneys for Defendants John Cannon, Faith Colish,
C. Anne Harvey, Robert A. Kavesh, Howard A. Mileaf,
Edward I. O'Brien, William E. Rulon, Cornelius T. Ryan,
Tom D. Seip, Candace L. Straight, Peter P. Trapp and
Nominal Defendant Neuberger Berman Equity Funds*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN M. GAMORAN, derivatively on behalf of the nominal defendant with respect to its series mutual fund, the Neuberger Berman International Fund,<br><br>     Plaintiff,<br><br> - against -<br><br>NEUBERGER BERMAN LLC, et al.,<br><br>     Defendants,<br><br> - and -<br><br>NEUBERGER BERMAN EQUITY FUNDS d/b/a/ NEUBERGER BERMAN INTERNATIONAL FUND,<br><br>     Nominal Defendant. | 11 Civ. 07957 (TPG) (KNF)<br><br>ECF Case |

**INDEPENDENT TRUSTEES' NOTICE OF MOTION TO DISMISS
PLAINTIFF'S AMENDED VERIFIED DERIVATIVE COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the annexed Independent Trustees' Memorandum of Law in Support of Motion to Dismiss Plaintiff's Amended Verified Derivative Complaint; the Declaration of Theodore L. Kornobis in Support of Independent Trustees' Memorandum of Law in Support of Motion to Dismiss Plaintiff's Amended Verified Derivative Complaint filed with

this Motion, and the exhibits attached thereto; and the December 8, 2011 Declaration of Nicholas G. Terris in Support of Independent Trustee Defendants' Memorandum of Law in Support of Motion to Dismiss Plaintiff's Verified Derivative and Class Action Complaint, and the exhibits attached thereto, Defendants John Cannon, Faith Colish, C. Anne Harvey, Robert A. Kavesh, Howard A. Mileaf, Edward I. O'Brien, William E. Rulon, Cornelius T. Ryan, Tom D. Seip, Candace L. Straight, and Peter P. Trapp, and Nominal Defendant Neuberger Berman Equity Funds will move this Court, before the Honorable Thomas P. Griesa, District Court Judge, at the United States Courthouse for the Southern District of New York, Room 26B, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an Order, pursuant to Rules 8(a), 12(b)(6), and 23.1 of the Federal Rules of Civil Procedure, dismissing plaintiff's Amended Verified Derivative Complaint.

Dated: August 24, 2012
      New York, New York

Respectfully submitted,

K&L GATES LLP

By:    s/ Nicholas G. Terris
Jeffrey B. Maletta (*pro hac vice*)
Nicholas G. Terris (*pro hac vice*)
Theodore L. Kornobis (*pro hac vice*)
1601 K Street, NW
Washington, DC 20006-1600
E-mail: jeffrey.maletta@klgates.com
          nicholas.terris@klgates.com
          ted.kornobis@klgates.com
Phone: (202) 778-9000
Fax:    (202) 778-9100

Joanna A. Diakos (JD-7269)
599 Lexington Avenue
New York, NY 10022-6030
E-mail: joanna.diakos@klgates.com
Phone: (212) 536-3900
Fax:    (212) 536-3901

*Attorneys for Defendants John Cannon, Faith Colish, C. Anne Harvey, Robert A. Kavesh, Howard A. Mileaf, Edward L. O'Brien, William E. Rulon, Cornelius T. Ryan, Tom D. Seip, Candace L. Straight, Peter P. Trapp and Nominal Defendant Neuberger Berman Equity Funds*