UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**BENJAMIN M. GAMORAN**, derivatively on behalf of the nominal defendant with respect to its series mutual fund, the Neuberger Berman International Fund,

            Plaintiff,

    - against -

**NEUBERGER BERMAN, LLC, NEUBERGER BERMAN MANAGEMENT LLC, BENJAMIN SEGAL, PETER E. SUNDMAN, JACK L. RIVKIN, JOHN CANNON, FAITH COLISH, MARTHA C. GOSS, C. ANNE HARVEY, ROBERT A. KAVESH, HOWARD A. MILEAF, EDWARD I. O'BRIEN, WILLIAM E. RULON, CORNELIUS T. RYAN, TOM D. SEIP, CANDACE L. STRAIGHT, AND PETER P. TRAPP,**

            Defendants,

    - and -

**NEUBERGER BERMAN EQUITY FUNDS** d/b/a **NEUBERGER BERMAN INTERNATIONAL FUND,**

            Nominal Defendant.

---

11 Civ. 7957 (TPG) (KNF)

ECF Case

NOTICE OF APPEAL

**NOTICE** is hereby given that Benjamin M. Gamoran, derivatively on behalf of Nominal Defendant Neuberger Berman Equity Funds with respect to its series fund, Neuberger Berman International Fund, hereby appeals to the United States Court of Appeals for the Second Circuit, from each and every part of the Judgment dated March 29, 2013 and entered herein on April 1, 2013, and from each and every judgment, decision, opinion and order upon which it is based.

Dated: April 23, 2013

            _s/ Thomas I. Sheridan, III_____
            Thomas I. Sheridan, III
            HANLY CONROY BIERSTEIN SHERIDAN
            FISHER & HAYES LLP
            112 Madison Avenue
            New York, NY 10016
            (212) 784-6404
            tsheridan@hanlyconroy.com

            *Attorney for Appellants*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BENJAMIN M. GAMORAN, derivatively on behalf of the nominal defendant with respect to its series mutual fund, the Neuberger Berman International Fund,

                Plaintiff,

-against-

NEUBERGER NERMAN, LLC, NEUBERGER BERMAN MANAGEMENT LLC, BENJAMIN SEGAL, PETER E. SUNDMAN, JACK L. RIVKIN, JOHN CANNON, FAITH COLISH, MARTHA C. GOSS, C. ANNE HARVEY, ROBERT A. KAVESH, HOWARD A. MILEAF, EDWARD I. O'BRIEN, WILLIAM E. RULON, CORNELIUS T. RYAN, TOM D. SEIP, CANDACE L. STRAIGHT, AND PETER P. TRAPP,

                Defendants,

-and-

NEUBERGER BERMAN EQUITY FUNDS d/b/a NEUBERGER BERMAN INTERNATIONAL FUND,

                Nominal Defendant.

------------------------------------------------------------X

11 **CIVIL** 7957 (TPG)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/13

      The defendants, collectively, having moved to dismiss the amended complaint with prejudice, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on March 29, 2013, having rendered its Opinion granting Defendants' motions to dismiss, and dismissing Plaintiff's amended complaint in its entirety without prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 29, 2013, Defendants' motions to dismiss are granted, and Plaintiff's

amended complaint is dismissed in its entirety without prejudice.

**Dated:** New York, New York
March 29, 2013

**RUBY J. KRAJICK**

BY: **Clerk of Court**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

# SERVICE LIST

James N. Benedict, Esq.
Douglas W. Henkin, Esq.
Matthew John Latterner, Esq.
Alan Stone, Esq.
Mia C. Korot, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005
(212)-530-5000

*Attorneys for defendants Neuberger Berman Management LLC, Neuberger Berman, LLC, Benjamin Segal, Peter E. Sundman, and Jack L. Rivkin*

Jeffrey B. Maletta, Esq.
Nicholas G. Terris, Esq.
Theodore L. Kornobis, Esq.
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006-1600
(202) 778-9100

Joanna A. Diakos, Esq.
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-4807

John M. Seaman, Esq.
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000

*Attorneys for defendants John Cannon, Faith Colish, C. Anne Harvey, Robert A. Kavesh, Howard A. Mileaf, Edward L. O'Brien, William E. Rulon, Cornelius T. Ryan, Tom D. Seip, Candace L. Straight, Peter P. Trapp and Nominal Defendant Neuberger Berman Equity Funds*